THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM P. LYON et al., Appellants, *v.* JOSEPH H. HALSTED et al., Assessors of the Town of Bedford, Respondents.

*People ex rel. Lyon* v. *Halsted*, 26 App. Div. 316, affirmed.
(Submitted April 18, 1899; decided May 2, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 20, 1898, affirming an order of Special Term dismissing a writ of certiorari to review an assessment.

*William P. Fiero* for appellants.

*Charles Haines* for respondents.

Order affirmed, with costs; no opinion.
All concur.